KERAN COLGAN, PLAINTIFF IN ERROR, v. JOHN PELLENS DEFENDANT IN ERROR.

On error to the Supreme Court.    For opinion of the Supreme Court, see 19 *Vroom* 27.

Duer v. Dwyer.

For the plaintiff in error, *S. B. Ransom.*

For the defendant in error, *John C. Besson.*

PER CURIAM.

The judgment below in this case is affirmed, for the reasons stated by the Supreme Court.

*For affirmance*—DEPUE, DIXON, PARKER, REED, SCUDDER, VAN SYCKEL, BROWN, CLEMENT, COLE, MCGREGOR, PATERSON, WHITAKER. 12.

*For reversal.*—None.